# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LEVI ANTHONY LABUFF, JR.,

Defendant.

CR 13–34–GF–DLC

ORDER

United States Magistrate Judge Keith Strong entered Findings and
Recommendation in this matter on June 12, 2013. Neither party objected and
therefore they are not entitled to de novo review of the record. 28 U.S.C. §
636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).
This Court will review the Findings and Recommendation for clear error.
McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313
(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm
conviction that a mistake has been committed." United States v. Syrax, 235 F.3d
422, 427 (9th Cir. 2000).

1

Judge Strong recommended this Court accept Levi Anthony Labuff, Jr.'s guilty plea after Labuff appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of conspiracy to possess with the intent to distribute methamphetamine (Count I), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts II and III of the Indictment.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 47), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Levi Anthony Labuff, Jr.'s motion to change plea (doc. 39) is GRANTED.

DATED this 3rd day of July 2013.

Dana L. Christensen, Chief District Judge
United States District Court